# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00464-CV

**CTCHGC, LLC d/b/a Central Texas Gun Works; Centex Guns; CTGW; and Michael D. Cargill, Appellants**

**v.**

**Prosperity Bank, Appellee**

---

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-GN-23-006997, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant CTCHGC, LLC d/b/a Central Texas Gun Works filed a suggestion of bankruptcy on September 3, 2024. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See id*. R. 8.2, 8.3. Appellants are ordered to inform this Court of the resolution of the bankruptcy proceedings or some other event that would allow this appeal to be reinstated. Should they fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* R. 42.3(b), (c).

Before Justices Baker, Smith, and Theofanis

Abated

Filed: September 12, 2024